

# Fourth Court of Appeals
## San Antonio, Texas

### DISSENTING OPINION

No. 04-15-00497-CV

**IN RE** Natalie **BAKER**

Original Mandamus Proceeding[1]

Opinion by:    Patricia O. Alvarez, Justice
Dissenting Opinion by:  Jason Pulliam, Justice

Sitting:       Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

Delivered and Filed:  August 19, 2015

I do not believe the trial court had temporary emergency jurisdiction under Section 152.204(a) of the Texas Family Code because the record does not demonstrate that the children were subjected to or threatened with mistreatment or abuse.  Therefore, I respectfully dissent.

Jason Pulliam, Justice

---

[1] This proceeding arises out of Cause Nos. 2015-CI-11242, styled *In the Interest of A.N.B. and N.A.B., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding; and 2015-CI-12953, styled *Ex parte A.N.B. and N.A.B., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.